JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA RUGGLES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.:   ED CV 14−00363−BRO (FFMx)<br><br>**ORDER TRANSFERRING THIS CASE TO THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>Honorable Beverly Reid O'Connell |

**ORDER**

Pursuant to the Stipulation to Transfer this Case to the Northern District of California, all the records and documents on file in this matter, and any oral or documentary evidence the Court deemed proper, it is hereby ordered that this action be transferred to the Northern District of California.

**IT IS SO ORDERED.**

Dated: May 16, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE